**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00836-CV

————————

**DAVID W. WILLIAMS AND DEBORAH C. WILLIAMS, Appellants**

**V.**

**AMEGY BANK NATIONAL ASSOCIATION, Appellee**

**On Appeal from the 125th District Court
Harris County, Texas
Trial Court Cause No. 2010-74908**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 16, 2011.  On February 21, 2012, appellants filed a motion to dismiss the appeal because the case settled.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.